No. 84–5080.  McKEE v. AMAF INDUSTRIES, INC., *ante,* p. 862;

No. 84–5089.  BAIG v. UNITED STATES, *ante,* p. 863;

No. 84–5093.  WALKER v. NAVAJO-HOPI INDIAN RELOCATION COMMISSION, *ante,* p. 918;

No. 84–5095.  HARRIS v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES, *ante,* p. 863;

No. 84–5217.  ROBINSON v. THOMPSON, GOVERNOR OF ILLINOIS, ET AL., *ante,* p. 876;

No. 84–5284.  FUENTES v. ROSS ET AL., *ante,* p. 886;

No. 84–5296.  COOPER v. DAVIS, WARDEN, *ante,* p. 887;

No. 84–5300.  ROYSTER v. ADAMS ET AL., *ante,* p. 919;

No. 84–5382.  IN RE THAPER, *ante,* p. 878; and

No. 84–5404.  PERRY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS, *ante,* p. 920.  Petitions for rehearing denied.

No. 83–1916.  JARBOE-LACKEY FEEDLOTS, INC. v. UNITED STATES, *ante,* p. 825.  Motion of petitioner to withdraw the petition for rehearing denied.  Petition for rehearing denied.

No. 83–2005.  ZWEIBON ET AL. v. MITCHELL, *ante,* p. 880. Petition for rehearing denied.  JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 84–5287.  DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL., *ante,* p. 900.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

### DECEMBER 3, 1984

No. 84–717.  LUSSY v. DAVIDSON ET AL.  Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–7034.  VICCARONE v. DRUG ENFORCEMENT ADMINISTRATION ET AL.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for reconsideration in light of § 2(c) of